UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-30486

_____


STAR INSURANCE CO.

Plaintiff - Appellee

VERSUS


LIVESTOCK PRODUCERS, INC.; GEORGE RONALD STRATTON

Defendants, Appellants

_____

RONNIE STRATTON, doing business as Livestock Producers, Inc.;
LIVESTOCK PRODUCERS, INC.

Plaintiff - Appellants

VERSUS

MEADOWBROOK, INC.; ET AL

Defendants

STAR INSURANCE CO.

Defendant - Appellee



_____

Appeal from the United States District Court
For the Western District of Louisiana
(99-CV-2)
_____
November 6, 2001

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.


1

PER CURIAM:

Livestock Producers, Inc. ("LPI") and Ronnie Stratton ("Stratton") (collectively referred to as the "Plaintiffs") appeal the district court's decision to deny their motion for leave to file a second amended complaint. Although the parties have not contested this court's jurisdiction, we are under a continuing obligation to ensure that we have jurisdiction to hear this appeal. *MCG, Inc. v. Great Western Energy Corp.*, 870 F.2d 170, 173 (5th Cir. 1990). Therefore, we can raise the issue *sua sponte*. *Id.*

Under 28 U.S.C. § 1291, we have jurisdiction over all "final decisions" of the district court. However, in this case, it is not clear whether the district court has entered a "final decision" because it has not entered a final judgment. We therefore REMAND this case back to the district court for further clarification. If all claims have been ruled upon, the district court shall enter final judgment.